## BILL MONZINGO v. THE STATE.

No. 18928.   Delivered June 2, 1937.

The opinion states the case.

*Sam J. Hamilton,* of Memphis, and *Mahan & Broughton,* of Childress, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

MORROW, PRESIDING JUDGE.—The conviction is for the unlawful sale of intoxicating liquor; penalty assessed at a fine of $100.00.

The count of the information under which the conviction was obtained is insufficient in failing to allege the steps by which the sale of liquor was prohibited; namely, that an election was held in the county and that the result thereof was such as to prohibit the act complained of.  See Whitmire v. State, 94 S. W. (2d) 742; Kelly v. State, 98 S. W. (2d) 998; Privitt v. State, 98 S. W. (2d) 204; Hardin v. State, 101 S. W. (2d) 264.

For the reason stated, the judgment is reversed and the prosecution ordered dismissed.

*Reversed and prosecution ordered dismissed.*